1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| CHETRAM THAKOOR RAMJIT, | Case No. 2:20-cv-4795-PA-MAA |
|---|---|
| Plaintiff, | Hon. Percy Anderson |
| vs. | **ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |
| SKYLINE SECURITY MANAGEMENT, INC., | |
| Defendant. | |

1  Pursuant to the stipulation submitted by the parties, IT IS SO ORDERED
2  that this matter is dismissed with prejudice. The Court declines to retain jurisdiction
3  to enforce the Agreement between the parties.

DATED:  September 4, 2020

_____
Percy Anderson
United States District Judge